Christian H. Dribusch
THE DRIBUSCH LAW FIRM
187 Wolf Road
Albany, New York 12205
(518) 227-0026

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

KRIS DANIEL ROGLIERI

Chapter 7

Case No. 24-10157

*Debtor.*

_____

CHRISTIAN H. DRIBUSCH, as the Chapter 7
Trustee to the bankruptcy estate of Kris Daniel Roglieri

Adv. Pro. No. 24-90015

*Plaintiff,*

-against-

KRIS DANIEL ROGLIERI

*Defendant.*
-----------------------------------------------------------------X

**CHRISTIAN H. DRIBUSCH**, certifies:

I am over the age of 18 years and reside in Delmar, New York. At 1:54 p.m. on August 15, 2024, I mailed at the U.S. Postal Service mail receptacle location at 187 Wolf Road, Albany, NY 12205 the summons and complaint together with adversary proceeding cover sheet as follows:

Kris Roglieri                                  Kris Roglieri
Rensselaer County Correctional Facility        40 North Roa
4000 Main Street                               Queensbury, NY 12804
Troy, NY 12180

/s/ *Christian H. Dribusch*
Christian H. Dribusch